**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

MARCUS D. WOODSON, )
)
        Plaintiff, )
)
v. )    Case No. CIV-17-41-D
)
CORE CIVIC OF AMERICA, *et al.*, )
)
        Defendants. )

**O R D E R**

On February 15, 2017, Plaintiff was ordered to pay the $400.00 filing fee in this action within 20 days. *See* Order [Doc. No. 9] at 3. The Court's Order was based upon Plaintiff's status as a "three-strikes" litigant subject to the filing restrictions of 28 U.S.C. § 1915(g). *See id.* at 1; *see also Marcus D. Woodson v. William Barlow, et al.*, No. CIV-11-1349-D (W.D. Okla. 2011). The Court instructed Plaintiff that failure to comply with the Court's Order would result in the dismissal of this action. *See id.* Twenty days have passed, and Plaintiff has failed to pay the requisite fee. Therefore, the Court finds that this action should be dismissed without prejudice to refiling.

IT IS THEREFORE ORDERED that Plaintiff's action is DISMISSED without prejudice. A separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 21st day of March, 2017.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE